UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**RICHARD WILLIAM HEAGNEY,**

    **Petitioner,**

v.                                                                                              Case No.  1:18-cv-243-TKW-GRJ

**SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,**

    **Respondent.**

_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 55) and Petitioner's amended objection (Doc. 63).  The Court reviewed the issues raised in the amended objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review the Court agrees with the magistrate judge's determination that Petitioner's habeas petition should be denied and that a certificate of appealability should be denied.

Accordingly, it is **ORDERED** that:

1. The Report and Recommendation is adopted and incorporated by reference in this Order.

2. Petitioner's petition for writ of habeas corpus under 28 U.S.C. §2254 (Doc. 1) is **DENIED**.

3. A certificate of appealability is **DENIED**.

4. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 12th day of November, 2021.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**